# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

SEP 13 2014

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

Juan Antonio Rios Jr.
A202 120 342  YOB: *PRINCIPAL* 1994   United States

## CRIMINAL COMPLAINT

Case Number:
M-14- 1793 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 11, 2014** in ~~Hidalgo~~ Starr *T.H.* County, in the Southern District of Texas defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Antonio De Jesus Centeno-Soriano citizen and national of the United Mexican States and three (3) other undocumented aliens for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Rio Grande City, Texas to the point of arrest near Rio Grande City, Texas.**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)  FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On September 11, 2014, at approximately 7:20 p.m., Rio Grande City Border Patrol Agent C. Hurd was responding to sensor activity just west of the Rio Grande City, Texas Port of Entry. Upon arrival to the area, she observed foot sign leading from the river area going northbound. This area is approximately 25 yards north of the Rio Grande River. Agent was also notified by a concern citizen that she had observed several possible undocumented aliens (UDA's) running north. Moments later, Agent C. Hurd observed the possible UDA's getting into a Chevrolet Malibu and drive north towards Hwy 83. Agent then relayed information via service radio to nearby Agents.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

_____
Signature of Complainant

Frediberto Hernandez     Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

September 13, 2014                   4:12 pm  at  McAllen, Texas
Date                                              City and State

Peter E. Ormsby , U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-14- 1793 -M

RE: Juan Antonio Rios Jr.                    A202 120 342

**CONTINUATION:**

Agent A. Hamilton was driving eastbound on HWY 83 when he heard the traffic over the radio. Agent A. Hamilton was able to observe the Chevrolet Malibu attempting to leave the area driving at a high rate of speed with a substantial amount of dust and rocks being kicked up. The vehicle was driving north on Aguirre Street through a residential area which was adjacent to a school football event with 10 to 15 pedestrians in the roadway. Agent A. Hamilton followed the vehicle into the Lacks Furniture parking lot where the Chevrolet Malibu stopped on its own. All of the subjects remained in the vehicle and did not attempt to run. Agent approached the vehicle and identified himself as a Border Patrol Agent and began to question all of the subjects as to their immigration status. Shortly after, Agents C. Hurd and Feldnezer arrived on scene to assist.

Agents determined that the driver, Juan Antonio RIOS Jr., was a United States Citizen and the four passengers were undocumented aliens. All of the subjects were then transported to the Rio Grande City Border Patrol Station.

Once at the station, records checks for RIOS revealed on August 3, 2012, he was arrested for transporting 2 undocumented aliens. He was not prosecuted at that time.

**PRINCIPAL STATEMENT:**

Juan Antonio RIOS Jr was advised of his Miranda Rights by Border Patrol Agents. RIOS understood his rights and provided a sworn statement without the presence of an attorney.
RIOS stated that on September 11, 2014, he went to Rio Grande City, Texas to pick up 4 undocumented illegal aliens off Aguirre Street for a man named "Lupe". He was instructed to drive south of the Lacks Furniture store and pick up four people when "Lupe" said it was clear. "Lupe" was at the H-E-B parking lot looking out for Border Patrol. After he picked up the aliens, he then drove north but noticed that he was being followed by Border Patrol. He was driving about 60 mph because there were a lot of police around and he wanted to get out of the area. He pulled into the Lacks parking lot and stopped because he didn't want to hurt the aliens or anyone in the area. He was going to be paid $180.00 per person. He further stated that he has transported undocumented aliens in the past.

**MATERIAL WITNESS STATEMENTS:**

Antonio De Jesus CENTENO-Soriano was advised of his Miranda Rights. He understood his rights and provided a statement.

CENTENO stated that he is a citizen and national of El Salvador. He made smuggling arrangements with an unknown smuggler and paid him $1,000 to get smuggled across the river into the United States. On September 11, 2014, his group of four was smuggled by raft into the United States. Once in the U.S., the smuggler instructed them to run straight until they see a white car that was going to pick them up. They then ran until they reached a white car. The driver, opened the door to the vehicle from the inside and they got in. The driver then drove off but Immigration showed up. The driver then told them that he was going to park the vehicle. After he parked, Border Patrol arrived and arrested everyone. CENTENO identified RIOS in a photo lineup as the driver of the vehicle.